IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FIRST SPECIALTY INSURANCE CORPORATION**              **PETITIONER**

**VS.**                                                  **CAUSE NO.: 1:07CV98-SA**

**UNITED STATES AQUACULTURE LICENSING, et al.**            **RESPONDENTS**

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Pursuant to a memorandum that shall be issued on this day, the Court finds that the Defendant's Motion for Summary Judgment [24] is DENIED.

**SO ORDERED**, this the 30th day of July, 2008.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT COURT JUDGE**